1  Gordon M. Fauth, Jr. (SBN: 190280)
   gfauth@finkelsteinthompson.com
2  Of Counsel
3  Rosanne L. Mah (SBN: 242628)
   rmah@finkelsteinthompson.com
4  Of Counsel
5  **FINKELSTEIN THOMPSON LLP**
   100 Pine Street, Suite 1250
6  San Francisco, California 94111
   Direct: (510) 238-9610
7  Telephone: (415) 398-8700
8  Facsimile: (415) 398-8704

9  *Attorneys for Individual and Representative*
   *Plaintiff Christina Labajo*
10

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15

16 | CHRISTINA LABAJO, an Individual, on behalf of himself and all others similarly situated, | Case No. 5:18-cv-02093-KAW |
|---|---|
| Plaintiff, | **PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| FACEBOOK, INC. AND CAMBRIDGE ANALYTICA, | |
| Defendants. | |

26   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
27 named parties, there is no such interest to report.
28

                                          1

DATED: April 11, 2018    Respectfully Submitted,

**FINKELSTEIN THOMPSON LLP**

By: /s/ *Rosanne L. Mah*
    Rosanne L. Mah
    Of Counsel
    Gordon M. Fauth, Jr.
    Of Counsel
    **FINKELSTEIN THOMPSON LLP**
    100 Pine Street, Suite 1250
    San Francisco, California 94111
    Direct Telephone: (415) 754-5648
    Telephone: (415) 398-8700
    Facsimile: (415) 398-8704