Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Christina Labajo )
                   Plaintiff(s), )
v. )
Facebook, Inc. et al. )
                   Defendant(s). )

Case No: 4:18-cv-2093

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Orin Snyder, an active member in good standing of the bar of N.Y. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Facebook, Inc. in the above-entitled action. My local co-counsel in this case is Brian Lutz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 200 Park Avenue<br>New York, NY 10166 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 351-2400 | (415) 393-8379 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| osnyder@gibsondunn.com | blutz@gibsondunn.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2216424.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/12/18

                                      Orin Snyder
                                      APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Orin Snyder is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/13/18

                                *Kandis Westmore*
                        UNITED STATES DISTRICT/MAGISTRATE JUDGE