Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Ashlee N. Lin (SBN 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone:  (424) 386-4000
Facsimile:   (213) 629-5063

*Attorneys for Defendant*
*Cambridge Analytica LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTINA LABAJO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA LLC,<br><br>Defendants. | Case No. 4:18-cv-02093-KAW<br><br>**NOTICE OF APPEARANCE OF ASHLEE N. LIN**<br><br>Department: 1301 Clay Street, Oakland, California<br><br>Judge: Hon. Kandis A. Westmore |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the following individual hereby enters her appearance as counsel of record on behalf of Defendant Cambridge Analytica LLC ("Cambridge Analytica") and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Cambridge Analytica:

> Ashlee N. Lin (SBN 275267)
> MILBANK, TWEED, HADLEY & MCCLOY LLP
> 2029 Century Park East 33rd Floor
> Los Angeles, California 90067
> Telephone: (424) 386-4000
> Facsimile: (213) 629-5063
> Email: anlin@milbank.com

Ms. Lin is admitted to practice and is in good standing in the State of California, and is admitted to practice in the United States District Court for the Northern District of California.

DATED: April 24, 2018         By: /s/ Ashlee N. Lin
                                  Mark C. Scarsi (SBN 183926)
                                  mscarsi@milbank.com
                                  Ashlee N. Lin (SBN 275267)
                                  anlin@milbank.com
                                  MILBANK, TWEED, HADLEY & MCCLOY LLP
                                  2029 Century Park East 33rd Floor
                                  Los Angeles, California 90067
                                  Telephone: (424) 386-4000
                                  Facsimile: (213) 629-5063

                                  *Attorneys for Defendant*
                                  *Cambridge Analytica LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been served via the Court's CM/ECF system on all counsel of record on April 24, 2018.

/s/ Katherine R. Pierucci
Katherine R. Pierucci