Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Ashlee N. Lin (SBN 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone:  (424) 386-4000
Facsimile:   (213) 629-5063

*Attorneys for Defendant*
*Cambridge Analytica LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTINA LABAJO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA LLC,<br><br>Defendants. | Case No. 4:18-cv-02093-KAW<br><br>**NOTICE OF JOINDER BY DEFENDANT CAMBRIDGE ANALYTICA LLC IN DEFENDANT FACEBOOK, INC.'S MOTION TO STAY**<br><br>Hearing Date: May 31, 2018<br>Hearing Time: 1:30 p.m.<br>Department: 1301 Clay Street, Oakland, California |

**PLEASE TAKE NOTICE THAT** Defendant Cambridge Analytica LLC ("Cambridge Analytica") hereby respectfully joins in the Motion to Stay filed by Defendant Facebook, Inc. ("Facebook") on April 18, 2018 (ECF. No. 14).

Recently, there have been more than twenty closely-related cases filed against Facebook and/or Cambridge Analytica (or related entities). All of the cases raise similar claims based on similar legal and factual issues. Cambridge Analytica, along with the plaintiffs in several of the cases and Facebook, has requested that the Judicial Panel on Multidistrict Litigation ("JPML") transfer and consolidate the cases before a single district court. (*See* MDL No. 2843, ECF. Nos. 1, 7, 16, 19, 57, 64, 65, 71, 73, 75, 78, 79, 80.) The JPML has scheduled a hearing on May 31, 2018, and is likely to decide the motion to transfer and consolidate shortly thereafter.

For the reasons stated in the Motion to Stay, including that a stay pending the JPML's decision on the motion to transfer and consolidate would promote the compelling public interest in judicial economy, a temporary stay in this action is appropriate. The argument and analysis in the Motion applies to Cambridge Analytica,[1] particularly with respect to the risk of prejudice caused by duplicative litigation and inconsistent rulings. Therefore, Cambridge Analytica joins Facebook's Motion to Stay and respectfully requests that this action be stayed temporarily until the JPML renders its decision on the pending motion to transfer and consolidate.

## CONCLUSION

Cambridge Analytica respectfully requests the Court stay this action temporarily until the JPML renders a decision on the pending motion to transfer and consolidate.

---

[1] To the extent any information in the "Background" section of Facebook's Motion suggests that Cambridge Analytica engaged in any wrongdoing, Cambridge Analytica does not join in such suggestion, disputes such suggestion, and reserves all rights in this regard.

DATED:  April 24, 2018        By: /s/ Mark C. Scarsi
                                              Mark C. Scarsi (SBN 183926)
                                              mscarsi@milbank.com
                                              Ashlee N. Lin (SBN 275267)
                                              anlin@milbank.com
                                              MILBANK, TWEED, HADLEY & MCCLOY LLP
                                              2029 Century Park East 33rd Floor
                                              Los Angeles, California 90067
                                              Telephone: (424) 386-4000
                                              Facsimile: (213) 629-5063

                                              *Attorneys for Defendant*
                                              *Cambridge Analytica LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been served via the Court's CM/ECF system on all counsel of record on April 24, 2018.

                /s/ Katherine R. Pierucci
                Katherine R. Pierucci