Gordon M. Fauth, Jr. (SBN 190280)
gfauth@finkelsteinthompson.com
Of Counsel
Rosanne L. Mah (Cal. Bar No. 242628)
rmah@finkelsteinthompson.com
Of Counsel
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Direct Telephone: (510) 238-9610
Telephone: (415) 398-8700
Facsimile:  (415) 398-8704

Attorneys for Individual and Representative
Plaintiff Christina Labajo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA LABAJO, an Individual, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA,<br><br>             Defendants. | Case No. 3:18-cv-02093-VC<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR STAY**<br><br>Hearing Date: May 24, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor,<br>   450 Golden Gate Ave.,<br>   San Francisco, California |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Christina Labajo does not oppose the motion of Defendant Facebook, Inc., currently noticed for argument on May 24, 2018, to stay proceedings pending a ruling from the JPML in MDL No. 2843.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                              Respectfully submitted,

Date:  May 9, 2018         By: /s/ Gordon M. Fauth, Jr._____
                              Gordon M. Fauth, Jr.
                              Of Counsel
                              Rosanne L. Mah
                              Of Counsel
                              **FINKELSTEIN THOMPSON LLP**
                              100 Pine Street, Suite 1250
                              San Francisco, California 94111
                              Direct Telephone: (510) 238-9610
                              Telephone: (415) 398-8700
                              Facsimile:  (415) 398-8704

                              Attorneys for Individual and Representative
                              Plaintiff Christina Labajo

NOTICE OF NON-OPPOSITION TO MOTION FOR STAY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on May 9, 2018 via the Court's CM/ECF system.

By: /s/ *Gordon M. Fauth, Jr.*
    Gordon M. Fauth, Jr.

NOTICE OF NON-OPPOSITION TO MOTION FOR STAY