**THE HANNON LAW FIRM**
A LIMITED LIABILITY COMPANY
1641 DOWNING STREET
DENVER, COLORADO 80218
TELEPHONE: (303) 861-8800
TELEFAX: (303) 861-8855

KEVIN S. HANNON *
JUSTIN D. BLUM

RECEIVED

MAY 16 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

May 7, 2018

Susan Y. Soong, Clerk of Court
Ronald V. Dellums Federal Building
 & United States Courthouse
Oakland Division
1301 Clay Street
Oakland, California 94612

18-1732 VC

Re:   *In Re Facebook, Inc., Consumer Privacy User Profile Litigation*
      MDL No. 2843

Dear Ms. Soong:

Please find enclosed a copy of *Plaintiff Debra Kooser and Margaret Frankiewicz's Notice of Presentation or Waiver of Oral Argument* which was filed this date with the Judicial Panel on Multidistrict Litigation in MDL 2843.

You are receiving this notice because the following related cases have been filed in your Court.

- *Labajo, v. Facebook, Inc., et al.*; Case No. 4:18-cv-02093-KAW; VC
- *Buckles v. Facebook, Inc.*, Case No. 4:18-cv-02189-KAW; and
- *Iron Wing, et al., v. Facebook, Inc., et al.*, Case No. 4:18-cv-02122-HSG VC

Sincerely,

THE HANNON LAW FIRM

Pamela K. Morrison, Paralegal

Enclosure
/pkm

*ALSO ADMITTED IN THE DISTRICT OF COLUMBIA, MISSOURI, NEW HAMPSHIRE, WISCONSIN AND WYOMING

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __2843__ & TITLE - IN RE: Facebook, Inc., Consumer Privacy User Profile Litigation

1. **Oral Argument** – Check ONE of the following boxes:

   [✓] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

   > Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

   Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

2. **Position on Centralization** – Check ONE of the following boxes:

   [✓] Support Centralization

   [ ] Oppose Centralization

   [ ] Other _____

3. **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

   Northern District of California

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

   Plaintiffs Debra Kooser and Margaret Frankiewicz

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:

   Kooser, et al. v. Facebook, Inc., et al., United States District Court for the Northern District of California (San Francisco Division) Civil Action No. 3:18-cv-2009-VC

7. **Name and Address of Attorney Designated to Present Oral Argument:**

   Kevin S. Hannon
   Name

   The Hannon Law Firm, LLC
   Law Firm

   1641 Downing Street, Denver                      CO
   City                                             State

   Telephone No.: 303-861-8800

   Email Address: khannon@hannonlaw.com

   | May 7, 2018 | Kevin S. Hannon | /s/ Kevin S. Hannon |
   |---|---|---|
   | Date | Printed Name | Authorized Signature |

JPML Form 9 (12/15)

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL DOCKET NO. 2843 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on May 7, 2018, I, Kevin S. Hannon, caused a true and correct copy of the *Notice of Presentation or Waiver of Oral Argument* to be filed with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action. I further certify that true and correct copies of the *Notice of Presentation or Waiver of Oral Argument* were served on all counsel who do not have a CM/ECF account (or unrepresented parties), and on the Clerk of Court of each proposed transferor court, by U.S. First Class Mail, postage pre-paid as follows on the attached service list.

Dated: May 7, 2018

/s/ Kevin S. Hannon
Kevin S. Hannon (Pro Hac Vice)
Colo. Bar No. 16015
Email: khannon@hannonlaw.com
**THE HANNON LAW FIRM, LLC.**
1641 Downing Street
Denver, CO  80218
303-861-8800 Telephone
303-861-8855 Facsimile

*Attorneys for Plaintiffs Debra Kooser and Margaret Frankiewicz in Kooser et al. v. Facebook Inc. et al, 3:18-cv-2009-VC*

## SERVICE LIST

### Court Clerks via U.S. Mail

| | |
|---|---|
| Susan Y. Soong, Clerk of Court<br>Ronald V. Dellums Federal Building<br>    & United States Courthouse<br>Oakland Division<br>1301 Clay Street<br>Oakland, California 94612 | *Labajo, v. Facebook, Inc., et al.;* Case No. 4:18-cv-02093-KAW; *Buckles v. Facebook, Inc.,* Case No. 4:18-cv-02189-KAW; *Iron Wing, et al., v. Facebook, Inc., et al.,* Case No. 4:18-cv-02122-HSG |
| Susan Y. Soong, Clerk of Court<br>Robert F. Peckham Federal Building<br>    & United States Courthouse<br>San Jose Division<br>280 South 1st Street, Room 2112<br>San Jose, California 95113 | *Karon v. Facebook, Inc., et al.,* Case No. 5:18-cv-01929-EJD |
| Susan Y. Soong, Clerk of Court<br>Phillip Burton Federal Building<br>    & United States Courthouse<br>San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, California 94102 | *Price v. Facebook, Inc., et al.,* Case No. 3:18-cv-01732-VC; *Rubin v. Facebook, Inc., et al.,* Case No. 3:18-cv-01852-VC; *O'Kelly v. Facebook, Inc., et al.,* Case No. 3:18-cv-01915-VC; *Beiner, et al., v. Facebook, Inc., et al.,* Case No. 3:18-cv-01953-VC; *Kooser, et al., v. Facebook, Inc., et al.,* Case No. 3:18-cv-02009-VC; *Picha v. Facebook, et al.,* Case No. 3:18-cv-02090-SK; *Johnson, et al., v. Facebook, Inc.,* Case No. 3:18-cv-02127-SI; *Gerena v. Facebook, Inc.,* Case No. 3:18-cv-02201-MEJ; *King v. Facebook, Inc., et al.,* Case No. 4:18-cv-2276-YGR; *Gennock, et al., v. Facebook, Inc., et al.,* Case No. 3:18-cv-01891-VC; *Haslinger v. Facebook, Inc., et al.,* Case No. 3:18-cv-01984-VC |
| Kiry Gray, Clerk of Court<br>Ronald Reagan Federal Building<br>    & United States Courthouse<br>411 West 4th Street, Room 1053<br>Santa Ana, California 92701-4516 | *O'Hara, et al. v. Facebook, Inc., et al.,* Case No. 3:18-cv-00571-AJG |
| Thomas G. Bruton, Clerk of Court<br>Everett McKinley Dirksen U.S. Courthouse<br>219 South Dearborn Street<br>Chicago, Illinois 60604 | *Comforte, et al., v. Cambridge Analytica, et al.,* Case No. 1:18-cv-02120-EEB; *People of the State of Illinois, ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.,* Case No. 1:18-cv-02667-RMD |

| | |
|---|---|
| David J. Bradley, Clerk of Court<br>P.O. Box 61010<br>Houston, Texas 77008 | *Lodowski v. Facebook, Inc., et al.*, Case No. 4:18-cv-00907-KPE |
| William T. Walsh, Clerk of Court<br>Martin Luther King Building<br>    & United States Courthouse<br>50 Walnut Street<br>Newark, New Jersey 07101 | *Malskoff, et al., v. Facebook, Inc., et al.*, Case No. 2:18-cv-04451-ES-JAD |
| Sharon Harris, Clerk of Court<br>Hugo L. Black United States Courthouse<br>1729 – 5th Avenue North, Suite 140<br>Birmingham, Alabama 35203-2050 | *Williams v. Facebook, Inc., et al.*, Case No. 2:18-cv-00535-RDP |
| John A. Cerino, Clerk of Court<br>United States District Court<br>844 North King Street, Unit 18<br>Wilmington, Delaware 19801-3570 | *Redmond, et al., v. Facebook, Inc., et al.*, Case No. 1:18-cv-00531-VAC-MPT |
| Kenneth A. Wells, Clerk of Court<br>218 U.S. Courthouse<br>201 S. Vine Street<br>Urbana, Illinois 61802 | *Burton v. Facebook, et al.*, Case No. 2:18-cv-02105-CSB-EIL |
| **Parties via CM/ECF system** | |
| *Buckles v. Facebook, Inc.,* **Case No. 4:18-cv-02189-KAW**<br><br>Abbas Kazerounian, Esq.<br>Matthew M. Loker, Esq.<br>Kazerouni Law Group, APC<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, California 92626<br>ak@kazlg.com<br>ml@kazlg.com<br><br>David H. Krieger, Esq.<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>dkrieger@hainsandkrieger.com | Joshau B. Swigart, Esq.<br>Hyde & Swigart<br>2221 Camino Del Rio South, Suite 101<br>San Diego, California 92108<br>josh@westcoastlitigation.com<br><br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>Knepper & Clark LLC<br>10040 W. Cheyenne Avenue<br>Suite 170-109<br>Las Vegas, Nevada 89129<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com | |

3

*Price v. Facebook, Inc., et al.,* **Case No. 3:18-cv-01732-VC**

| | |
|---|---|
| John A. Yanchunis, Esq.<br>Morgan and Morgan, P.A.<br>201 N. Franklin Street<br>7th Floor<br>Tampa, Florida 33602<br>jyanchunis@forthepeople.com | Joshua Haakon Watson, Esq.<br>Clayeo C. Arnold, A Professional Law Corporation<br>865 Howe Avenue<br>Sacramento, California 95825<br>jwatson@justice4you.com |
| Steve William Teppler, Esq.<br>Abbot Law Group, P.A.<br>2929 Plummer Cove Road<br>Jacksonville, FL 32223<br>steppler@abbottlawpa.com | |

*O'Hara, et al. v. Facebook, Inc., et al.,* **Case No. 3:18-cv-00571-AJG**

| | |
|---|---|
| Helen I. Zeldes, Esq.<br>Amy C. Johnsgard, Esq.<br>Andrew J. Kubik, Esq.<br>Ben Travis, Esq.<br>Coast Law Group LLP<br>1140 S. Coast Highway 101<br>Encitas, California 92024<br>helen@coastlaw.com<br>amy@coastlaw.com<br>andy@coastlaw.com<br>ben@coastlaw.com | Timothy G. Blood, Esq.<br>Thomas J. O'Reardon, II, Esq.<br>Blood Hurst & O'Reardon, LLP<br>501 W. Broadway, Suite 1490<br>San Diego, California 92101<br>tblood@bholaw.com<br>toreardon@bholaw.com<br><br>Charles J. LaDuca, Esq.<br>Cuneo Gilbert & LaDuca LLP<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington, D.D. 20016<br>charlesl@cuneolaw.com |
| Paul L. Hoffman, Esq.<br>Aidan C. McGlaze, Esq.<br>Schonbrun Seplow Harris<br>  & Hoffman LLP<br>11543 W. Olympic Boulevard<br>Los Angeles, California 90064<br>phoffman@sshhlaw.com<br>amcglaze@sshhlaw.com | Michael J. Flannery, Esq.<br>Cuneo Gilbert & LaDuca LLP<br>7733 Forsyth Boulevard, Suite 1675<br>St. Louis, Missouri 63105<br>mflannery@cuneolaw.com |

*O'Kelly v. Facebook, Inc., et al.,* **Case No. 3:18-CV-01915**

| | |
|---|---|
| Jason Scott Hartley, Esq.<br>Stueve Siegel Hanson, LLP<br>550 West C Street, Suite 1750<br>San Diego, California 92101<br>hartley@stuevesiegel.com | Norman E. Siegel, Esq.<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>siegel@stuevesiegel.com |

*Picha v. Facebook, et al.,* **Case No. 3:18-cv-02090-SK**

| | |
|---|---|
| Andrew Arnold, Esq. | William Allan Lemkul, Esq. |
| Kimberly Barone Baden, Esq. | Shawn D. Morris, Esq. |
| Fred Baker, Esq. | Morris Sullivan & Lemkul LLP |
| Jodi Westbrook Flowers, Esq. | 9915 Mira Mesa Boulevard, Suite 300 |
| Annie Kouba, Esq. | San Diego, California 92131-2443 |
| Ann Ritter, Esq. | lemkul@morrissullivanlaw.com |
| Motley Rice LLC | morris@morrissullivanlaw.com |
| 28 Bridgeside Boulevard | |
| Mount Pleasant, South Carolina 29464 | |
| aarnold@motleyrice.com | |
| kbarone@motleyrice.com | |
| fbaker@motleyrice.com | |
| jflowers@motleyrice.com | |
| akouba@motleyrice.com | |
| aritter@motleyrice.com | |

*People of the State of Illinois, ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.,* **Case No. 1:18-cv-02667-RMD**

| | |
|---|---|
| Jay Edelson, Esq. | Kent S. Ray, Esq. |
| Benjamin H. Richman, Esq. | Cook County State's Attorney's Office |
| Ari J. Scharg, Esq. | 69 W. Washington Street |
| David Mindell, Esq. | Suite 3130 |
| Alfred K. Murray, Esq. | Chicago, Illinois 60602 |
| Edelson PC | kent.ray@cookcountyil.gov |
| 350 N. LaSalle, 14th Floor | |
| Chicago, Illinois 60654 | |
| jedelson@edelson.com | |
| brichman@edelson.com | |
| ascharg@edelson.com | |
| dmindell@edelson.com | |
| amurray@edelson.com | |

*Haslinger v. Facebook, Inc., et al.,* **Case No. 4:18-CV-01984**

| | |
|---|---|
| Lynn Lincoln Sarko, Esq. | Christopher Londergan Springer, Esq. |
| Gretchen Freeman Cappio, Esq. | Keller Rohrback L.L.P. |
| Cari Campen Laufenberg, Esq. | 801 Garden Street |
| Keller Rohrback, L.L.P. | Santa Barbara, California 93101 |
| 1201 Third Avenue, Suite 3200 | cspringer@kellerrohrback.com |
| Seattle, Washington 98101 | |
| lsarko@kellerrohrback.com | |
| gcappio@kellerrohrback.com | |
| claufenberg@kellerrohrback.com | |

*Redmond, et al., v. Facebook, Inc., et al.,* **Case No. 1:18-cv-00531-VAC-MPT**

| | |
|---|---|
| Robert F. Ruyak, Esq, <br> Korula T. Cherian, Esq. <br> Richard Ripley, Esq. <br> Rebecca Anzidei, Esq. <br> RUYAK CHERIAN LLP <br> 1700 K. Street, NW, Suite 810 <br> Washington, D.C. 20006 <br> robertr@ruyakcherian.com <br> sunnyc@ruyakcherian.com <br> rickr@ruyakcherian.com <br> rebeccaa@ruyakcherian.com <br> <br> Matthew Jury, Esq. <br> MCCUE & PARTNERS, LLP <br> Fourth Floor <br> 158 Buckingham Palace Road <br> London SWIW 9TR <br> United Kingdom <br> Matthew.jury@mccue-law.com | Christopher P. Simon, Esq. <br> David G. Holmes, Esq. <br> CROSS & SIMON, LLC <br> 1105 North Market Street, Suite 901 <br> Wilmington, Delaware 19801 <br> csimon@crosslaw.com <br> dholmes@crosslaw.com <br> <br> Richard W. Fields, Esq. <br> FIELDS PLLC <br> 1700 K. Street, NW, Suite 810 <br> Washington, D.C. 20006 <br> Fields@fieldslawpllc.com |

*Karon v. Facebook, Inc., et al.,* **Case No. 5:18-cv-01929-EJD**

| | |
|---|---|
| Larry Wayne Gabriel, Esq. <br> Daniel Joseph Mulligan, Esq. <br> Jenkins Mulligan & Gabriel <br> 10085 Carroll Canyon Road, Suite 210 <br> San Diego, California 92131 <br> lgabriel@bg.law <br> dan@jmglawoffices.com <br> <br> Derek G. Howard, Esq. <br> Derek G. Howard Law Firm, Inc. <br> 42 Miller Avenue <br> Mill Valley, California 94941 <br> derek@derekhowardlaw.com | Patrice L. Bishop, Esq. <br> Stull, Stull & Brody <br> 9430 West Olympic Boulevard, Suite 400 <br> Beverly Hills, California 90212 <br> service@ssbla.com |

*Johnson, et al., v. Facebook, Inc.,* **Case No. 3:18-cv-02127-SI**

| | |
|---|---|
| Steve W. Berman, Esq. <br> Robert F. Lopez, Esq. <br> Hagens Berman Sobol Shapiro LLP <br> 1918 Eighth Avenue, Suite 3300 <br> Seattle, Washington 98101 <br> steve@hbsslaw.com <br> robl@hbsslaw.com | Shana E. Scarlett, Esq. <br> Hagens Berman Sobol Shapiro LLP <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, California 94710 <br> shanas@hbsslaw.com |

| | |
|---|---|
| ***Gerena v. Facebook, Inc.,*** **Case No. 3:18-cv-02201-MEJ**<br><br>David S. Casey, Jr., Esq.<br>Gayle M. Blatt, Esq.<br>Jeremy Robinson, Esq.<br>Angela Jae Chun, Esq.<br>Alyssa Williams, Esq.<br>Casey Gerry Schenk, Esq.<br>Francavilla Blatt & Penfield, LLP<br>110 Laurel Street<br>San Diego, California 92101<br>dcasey@cglaw.com<br>gmb@cglaw.com<br>jrobinson@cglaw.com<br>ajc@cglaw.com<br>awilliams@cglaw.com | ***Beiner v. Facebook, Inc., et al.,*** **Case No. 3:18-CV-1953**<br><br>Michael W. Sobol, Esq.<br>David T. Rudolph, Esq.<br>Melissa Gardner, Esq.<br>LIEFF CABRASER HEIMANN &<br>   BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>msobol@lchb.com |
| ***Williams v. Facebook, Inc., et al.,*** **Case No. 2:18-cv-00535-RDP**<br><br>Luke Montgomery, Esq.<br>Brad Ponder, Esq.<br>Montgomery Ponder, LLC<br>2226 – 1st Avenue South, Suite 105<br>Birmingham, Alabama 35233<br>luke@montgomeryponder.com<br>brad@montomeryponder.com | ***Rubin v. Facebook, Inc., et al.,*** **Case No. 3:18-cv-01852**<br><br>Nicholas A. Carlin, Esq.<br>Brian S. Conlon, Esq.<br>Phillips, Erlewine, Given & Carlin LLP<br>39 Mesa Street, Suite 201 – The Presidio<br>San Francisco, CA 94129<br>nac@phillaw.com |
| ***Comforte, et al., v. Cambridge Analytica, et al.,*** **Case No. 1:18-cv-02120-EEB**<br><br>Joseph Scott Davidson, Esq.<br>James C. Vlahakis<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>jvlahakis@sulaimanlaw.com | ***Gennock, et al. v. Facebook Inc., et al.,*** **Case No. 4:18-CV-01891**<br><br>Todd David Carpenter, Esq.<br>Carlson Lynch Sweet Kilpela & Carpenter LLP<br>1350 Columbia Street, Suite 603<br>San Diego, California 92101<br>tcarpenter@carlsonlynch.com |
| ***King v. Facebook, Inc., et al.,*** **Case No. 4:18-cv-2276-YGR**<br><br>Eric H. Gibbs, Esq.<br>505 – 14th Street, Suite 1110<br>Oakland, California 94612<br>ehg@classlawgroup.com | ***Burton v. Facebook, et al.,*** **Case No. 2:18-cv-02105-CSB-EIL**<br><br>Timothy Scott Burton, Jr., Pro Se<br>115 Iowa Street<br>Danville, Illinois 61832<br>Runnerforlife08@gmail.com |

| | |
|---|---|
| ***Lodowski v. Facebook, Inc., et al.,*** **Case No. 4:18-cv-00907-KPE**<br><br>William Craft Hughes, Esq.<br>Hughes Ellzey, LLP<br>Galleria Tower I<br>2700 Post Oak Boulevard, Suite 1120<br>Houston, Texas<br>craft@hughesellzey.com | ***Malskoff, et al., v. Facebook, Inc., et al.,*** **Case No. 2:18-cv-04451-ES-JAD**<br><br>James E. Cecchi, Esq.<br>Carella Byrne Cecchi Olstein Brody & Agnello, PC<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>jcecchi@carellabyrne.com |
| ***Labajo, v. Facebook, Inc., et al.;*** **Case No. 4:18-cv-02093-KAW**<br><br>Gordon M. Fauth, Esq.<br>Finkelstein Thompson LLP<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111<br>gfauth@finkelsteinthompson.com | ***Iron Wing, et al., v. Facebook, Inc., et al.,*** **Case No. 4:18-cv-02122-HSG**<br><br>Ben Barnow, Esq.<br>Barnow and Associates, P.C.<br>One North LaSalle Street, Suite 4600<br>Chicago, Illinois 60602<br>b.barnow@barnowlaw.com |
| ***Counsel for Facebook, Inc.***<br><br>Orin Snyder, Esq.<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue,<br>New York, New York 10166<br>osnyder@gibsondunn.com<br><br>Kristin A. Linsley, Esq.<br>Brian M. Lutz, Esq.<br>Gibson Dunn & Crutcher LLP<br>555 Mission Street, Suite 300<br>San Francisco, California 94105<br>klinsley@gibsondunn.com<br>blutz@gibsondunn.com | Joshua S. Lipshutz, Esq.<br>Gibson Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>jlipshutz@gibsondunn.com |
| ***Counsel for SCL Group Ltd. and Cambridge Analytica LLC***<br><br>Mark Scarsi, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, California 90067<br>mscarsi@milbank.com | ***Counsel for Mark Zuckerberg and Sheryl Sandberg***<br><br>Orin Snyder, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue,<br>New York, New York 10166<br>osnyder@gibsondunn.com |

| **Parties via U.S. Mail** | |
|---|---|
| Global Science Research Ltd.<br>6th Floor 49 Peter Street<br>Manchester, England, M2 3NG | Stephen K. Bannon<br>210 A. Street, N.E.<br>Washington, DC 20002<br>Last Known Address |
| Robert Leroy Mercer<br>149 Harbor Road<br>Saint James, New York 11780 | Stephen K. Bannon<br>82 Haritage Hill Road<br>New Canaan, Connecticut 06840<br>Last Known Address |
| Aleksander Kogan<br>University of Cambridge<br>Department of Psychology<br>Downing Street<br>Cambridge, UK CB2 3EB | |

THE HANNON LAW FIRM, LLC
1641 DOWNING STREET
DENVER, COLORADO 80218

FIRST-CLASS



02 1P      $ 000.89⁰
0001171695     MAY 07 2018
MAILED FROM ZIP CODE 80218

Susan Y. Soong, Clerk of Court
Ronald V. Dellums Federal Building
& United States Courthouse
Oakland Division
1301 Clay Street
Oakland, California 94612