Rosanne L. Mah (State Bar No. 242628)
Email: rmah@zlk.com
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA LABAJO, an Individual, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FACEBOOK, INC. and CAMBRIDGE ANALYTICA, <br><br> Defendants. | Case No.  3:18-cv-02093-VC <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

Case No. 3:18-cv-02093-VC
NOTICE OF WITHDRAWAL OF COUNSEL

1  **PLEASE TAKE NOTICE** that attorney Rosanne L. Mah, is no longer associated with
2  Finkelstein Thompson LLP, hereby withdraws her appearance as counsel for Plaintiff Christina Labajo in
3  the above-captioned matter, and respectfully requests that her name be removed from the Court's and
4  parties' respective service lists. Gordon M. Fauth, Jr. from Finkelstein Thompson LLP has appeared as
5  counsel on behalf of and will continue to represent Plaintiff Christina Labajo..

Respectfully submitted,

Dated: February 6, 2021              **LEVI & KORSINSKY, LLP**

By: /s/ *Rosanne L. Mah*
Rosanne L. Mah
Email: rmah@zlk.com
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

## CERTIFICATE OF SERVICE

I, Rosanne L . Mah, hereby certify that on February 6, 2021, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

*/s/ Rosanne L. Mah*
Rosanne L. Mah